```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
UNITED STATES OF AMERICA,                                  :
                                                           :
                    -v-                                    :      1: 16-cr-656-GHW
                                                           :
KENNETH LACEN,                                             :          ORDER
                                                           :
                                Defendant.                 :
                                                           :
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/31/2021

GREGORY H. WOODS, United States District Judge:

On August 19, 2019, Kenneth Lacen filed a "Motion for Return of Seized Property Pursuant to Rule 41(g)" (the "Motion"). The Court directs that the United States file an opposition to the Motion no later than September 1, 2021. Any reply by Mr. Lacen is due no later than October 1, 2021.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: July 31. 2021
       New York, New York

                                                         _____
                                                         GREGORY H. WOODS
                                                         United States District Judge