UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
: 
UNITED STATES OF AMERICA,          :
:
         -v-                                  :      1: 16-cr-656-GHW
:
KENNETH LACEN,                        :      ORDER
:
                         Defendant.   :
:
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/2021

GREGORY H. WOODS, United States District Judge:

    On July 28, 2021, Kenneth Lacen filed a "Motion for Return of Seized Property Pursuant to Rule 41(g)" (the "Motion"). Dkt. No. 890. The government consented to the return of Mr. Lacen's property on September 1, 2021. Dkt. No. 895. On September 5, 2021, the Court directed the government to return Mr. Lacen's property by no later than October 30, 2021. Dkt. No. 897.

    Mr. Lacen filed a letter requesting the return of his personal property which was received by the Court on September 13, 2021. Dkt. No. 899. The Court directs Mr. Lacen to its order directing the government to return his property by no later than October 30, 2021. Dkt. No. 897.

    The Clerk of Court is directed to mail a copy of this order to Mr. Lacen and to close the motion currently pending at Dkt. No. 899.

    SO ORDERED.

Dated: September 20, 2021
      New York, New York

_____
GREGORY H. WOODS
United States District Judge