```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
    UNITED STATES OF AMERICA,                               :
                                                            :
                    -v-                                     :      1: 16-cr-656-GHW
                                                            :
    KENNETH LACEN,                                          :              ORDER
                                                            :
                            Defendant.                      :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/2021

GREGORY H. WOODS, United States District Judge:

On October 6, 2021, Kenneth Lacen filed a "Motion to Clarify Disbursement of Funds" (the "Submission"). Dkt. No. 909. The Submission was not properly designated as a motion, as it requests no relief from the Court. Instead, it simply transmits the address to which the defendant wishes that the Government return any funds to him. The Court reminds the parties that they can communicate without the need for Court intervention.

The Clerk of Court is directed to mail a copy of this order to Mr. Lacen and to close the motion currently pending at Dkt. No. 909.

SO ORDERED.

Dated: October 6, 2021
       New York, New York

_____
GREGORY H. WOODS
United States District Judge